# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00098 |
| | ) | Judge Trauger |
| RODNEY L. WILLIAMS | ) | |
| | ) | |

## O R D E R

Pursuant to the intent expressed in the court's Order of April 5, 2011, it is hereby **ORDERED** that the court recommends to the Bureau of Prisons that this defendant be given a retroactive (concurrent) designation in connection with the computation of his federal sentence.

The Clerk is directed to furnish a copy of this Order to the Bureau of Prisons, the defendant and counsel for the parties.

It is so **ORDERED.**

Enter this 21st day of February 2013.

_____
ALETA A. TRAUGER
United States District Judge